S

United States District Court
Southern District of Texas
ENTERED
SEP 24 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# - BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| REYNALDO CISNEROS | § | |
| | § | |
| VS. | § | C.A. MISCELLANEOUS B-97-019 |
| | § | |
| THE STATE OF TEXAS | § | |

## ORDER

Reynaldo Cisneros ("Cisneros") has attempted to file yet another action substantially identical to his previously filed 28 U.S.C. § 2254 petition in Cause No. B-95-048, his 42 U.S.C. § 1983 action in Cause No. B-95-095 and his mandamus action in B-97-mc-19. The Clerk is ordered to return Cisneros' current pleadings to him with a copy of this Order.

Cisneros' attention is brought to the provisions of Tex. Govt. Code Ann. § 498.0045 which states that if a state or federal lawsuit brought by one in the custody of TDCJ-10 is dismissed as frivolous or malicious good conduct time will be forfeited.

DONE at Brownsville, Texas, this 24th day of September 1998.

_____
John Wm. Black
United States Magistrate Judge